# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 26, 2014

## NO. 03-13-00613-CV

**Angela Dion Bruton, Appellant**

**v.**

**Michael Blake Bruton, Appellee**

## APPEAL FROM 27TH DISTRICT COURT OF LAMPASAS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on May 1, 2012. Having reviewed the record, the Court holds that Angela Dion Bruton has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Angela Dion Bruton shall pay all costs relating to this appeal, both in this Court and the court below.